AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

May 12, 2025
SEAN F. McAVOY, CLERK

| | |
|---|---|
| JONATHAN ERLENMEYER, individually and as the marital community thereof, BRENNA ERLENMEYER, individually and as the marital community thereof<br>*Plaintiff*<br>v.<br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.  2:23-CV-00070-RLP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 53, the parties' Stipulation for Order of Dismissal of All Claims with Prejudice, ECF No. 52, is GRANTED.
Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this case is DISMISSED with prejudice and without an award of fees or costs.
Judgment of dismissal with prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rebecca L. Pennell.

Date:  5/12/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony